IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01831-RM-KLM

QUASAR MANAGEMENT SERVICES, LLC,

    Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

    Defendant.

## JOINT NOTICE OF SETTLEMENT

**COMES NOW** Plaintiff, Quasar Management Services, LLC, by and through its undersigned attorneys, Defendant, Hartford Fire Insurance Company, by and through its undersigned attorneys, and hereby file this Joint Notice of Settlement and advise the Court that the parties to the above-captioned matter reached a settlement in this matter. The parties will file the appropriate stipulation for dismissal upon confirmation that the terms of the settlement agreement have been performed.

Dated: November 13, 2019.       Respectfully submitted,

*s/ Jonathan E. Bukowski*      *s/ L. Michael Brooks, Jr.*
Jonathan E. Bukowski, Esq.      L. Michael Brooks, Jr.
Larry E. Bache, Jr., Esq.      Wells, Anderson & Race, LLC
Timothy G. Burchard, II, Esq.      1700 Broadway, Suite 1020
Merlin Law Group, P.A.      Denver, CO 80290-1001
1001 17th St. Suite 1150      Telephone: 303-830-1212
Denver, CO, 80202      Facsimile: 303-830-0898
720-665-9680      E-Mail mbrooks@warllc.com
Facsimile:  720-665-9681
E-Mail: jbukowski@merlinlawgroup.com
      lbache@merlinelawgroup.com
      tburchard@merlinlawgroup.com

Attorneys for Plaintiff                    Attorneys for Defendant

### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on November 13, 2019, I electronically filed the foregoing **JOINT NOTICE OF SETTELEMNT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

- **Larry E. Bache, Jr**
  lbache@merlinlawgroup.com, uthomas@merlinlawgroup.com, STernes@merlinlawgroup.com, akarczsickles@merlinlawgroup.com,

- **L. Michael Brooks, Jr.**
  mbrooks@warllc.com, kzajac@warllc.com

- **Jonathan Edward Bukowski**
  jbukowski@merlinlawgroup.com, STernes@merlinlawgroup.com, akarczsickles@merlinlawgroup.com,

- **Timothy Graham Burchard, II**
  tburchard@merlinlawgroup.com, STernes@merlinlawgroup.com, akarczsickles@merlinlawgroup.com,

*s/ Agnieszka Karcz-Sickles*
Agnieszka Karcz-Sickles, Paralegal