## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:18-cv-01831-RM-KLM

QUASAR MANAGEMENT SERVICES, LLC,

      Plaintiff,

v.

HARTFORD FIRE INSURANCE COMPANY,

      Defendant.

---

### STIPULATION FOR DISMISSAL WITH PREJUDICE
---

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Quasar Management Services, LLC, and Defendant, Hartford Fire Insurance Company, through their undersigned counsel, having fully settled this action, stipulate to a dismissal, with prejudice, of all claims brought by Plaintiff against Defendants, with each party to pay its own costs and fees, and request an order of dismissal from the Court.

Respectfully submitted this 9th day of December 2019.

      MERLIN LAW GROUP, PA

      S/  Jonathan E. Bukowski
      _____
      Jonathan E. Bukowski
      Larry E. Bache, Jr.
      Timothy G. Burchard, II
      1001 17th Street, Ste. 1150
      Denver, CO 80202
      jbukowski@merlinlawgroup.com
      lbache@merlinlawgroup.com
      tburchard@merlinlawgroup.com
      *Attorneys for Plaintiff*

2

        WELLS, ANDERSON & RACE, LLC

    S/   L. Michael Brooks, Jr.
_____
L. Michael Brooks, Jr.
1700 Broadway, Suite 1020
Denver, CO  80290
Telephone: (303) 830-1212
E-Mail:  mbrooks@warllc.com
      *Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December 2019, I electronically filed and served the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE**, with the Clerk of the Court via CM/ECF to all counsel of record in this matter as follows:

Jonathan E. Bukowski
Larry E. Bache, Jr.
Timothy G. Burchard, II
Merlin Law Group, PA
1001 17th Street, Ste. 1150
Denver, CO 80202
jbukowski@merlinlawgroup.com
lbache@merlinlawgroup.com
tburchard@merlinlawgroup.com

/S/   Karen M. Zajac
Karen M. Zajac, Legal Assistant
On Behalf of Mary W. Wells and
L. Michael Brooks, Jr.

*[Original Signature on File at the Office of*
*Wells, Anderson & Race, LLC]*

3